IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE: 17-03174 BKT |
|---|---|
| RAUL O. MARCO LABOY | |
| DEBTOR | CHAPTER 13 |

## AMENDED CHAPTER 13 PLAN

**TO THE HONORABLE COURT:**

Come(s) Now Debtor(s), represented by the undersigned attorney, and represents as follows:

1- The debtor(s) inform(s) of the amended chapter 13 plan pursuant to Rule 1009, and the amendments are:

**- to correct amount of secured provision for Firstbank vehicle claim and increase plan base.** *See Attachments.*

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended chapter 13 plan and confirm it.

NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

**Creditors and Parties in interest are notified that** any objection to confirmation of the Amended chapter 13 Plan shall be filed not later than fourteen (14) days prior to the date set for the confirmation hearing. Any extension of the original objection period must be requested by motion **according to LBR 3015 (2)(e)(1) as amended by General Order 09-02.**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system which will send notification, upon information and belief, of such filing to the trustee in this case and all other CM/ECF participants and have mailed to all creditors and parties in interest as per the master address list upon knowing they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, June 26, 2017.

/s/ BEATRIZ HERNÁNDEZ TORO
USC #: 228809
Attorney for Debtor
**BEATRIZ HERNÁNDEZ TORO LAW**
PO Box 192841
San Juan, PR 00919-2841
Tel. (787) 368-4610
Email: beatriz.hernandezpr@gmail.com

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE:                                                                                     Case No. **17-03174-BKT**

**MARCO LABOY, RAUL OSCAR**                               Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/26/2017**                                ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$      **272.00** x     **1** = $      **272.00**
$      **288.00** x     **59** = $    **16,992.00**
$             x         = $
$             x         = $
$             x         = $

TOTAL: $    **17,264.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $    **17,264.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $      **2,200.00**

Signed: **/s/ RAUL OSCAR MARCO LABOY**
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRSTBANK OF PUE** Cr. _____ Cr. _____
# **100738671390919** # _____ # _____
$      **9,359.25** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
1. ATTORNEY'S FEES TO BE PAID AHEAD TOGETHER WITH ADEQUATE PROTECTION PAYMENTS TO FIRST BANK VEHICLE ACCT. FOR $100.00.
2. DEBTOR LIFTS THE STAY REGARDING ORIENTAL MORTGAGE ACCT. WHICH IS DEBTOR'S EXWIFE'S APARTMENT AND IS LIVED AND PAID BY HER. DEBTOR HAS NO RELATION TO THIS PROPERTY ANYMORE.
3. DEBTOR'S VEHICLE MATURITY DATE IS SEPTEMBER 2018, FROM THEN ON INSURANCE TO BE PROVIDED BY EASTERN AMERICAN INSURANCE.

Attorney for Debtor **Beatriz Hernandez Toro Law**            Phone: **(787) 368-4610**

CHAPTER 13 PAYMENT PLAN

```
Chase Card
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE  19850-5298


Chase Card
PO Box 15298
Wilmington, DE  19850-5298


Citi
PO Box 6190
Sioux Falls, SD  57117-6190


Comenitycap/gordons
PO Box 182120
Columbus, OH  43218-2120


Comenitycb/gordon
Comenity Bank
PO Box 182125
Columbus, OH  43218-2125


Costco Go Anywhere Citicard
Centralized Bk/Citicorp Credit Card Srvs
PO Box 790040
Saint Louis, MO  63179-0040
```

```
DEPARTAMENTO DE HACIENDA
235 AVE. ARTERIAL HOSTOS STE 1504
BANKRUPTCY SECTION
SAN JUAN, PR  00918-1454


Dept of Ed/582/Nelnet
Attn: Claims/Bankruptcy
PO Box 82505
Lincoln, NE  68501-2505


Dept of Education/Neln
3015 S Parker Rd
Aurora, CO  80014-2904


Dsnb Macys
PO Box 8218
Mason, OH  45040-8218


First Bank Puerto Rico
Attn: Bankruptcy
PO Box 9146
San Juan, PR  00908-0146


First Bank Puerto Rico
1130 Ave Munoz Rivera
San Juan, PR  00927-5009


FIRSTBANK OF PUERTO RICO
PO Box 192938
San Juan, PR  00919-3409
```

```
Oriental Bank
254 Ave Munoz Rivera # 15
San Juan, PR  00918-1900


Syncb/amazon
PO Box 965015
Orlando, FL  32896-5015


Syncb/Care Credit
C/o
PO Box 965036
Orlando, FL  32896-5036


Synchrony Bank/ Hh Gregg
Attn: Bankruptcy
PO Box 956060
Orlando, FL  32896-5060


Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 956060
Orlando, FL  32896-5060


Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
PO Box 8053
Mason, OH  45040-8053
```