IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | |
|---|---|
| RAUL O. MARCO LABOY | CASE: 17-03174 BKT |
| DEBTOR | CHAPTER 13 |

## MOTION AMENDING SCHEDULE I

**TO THE HONORABLE COURT:**

COMES NOW Debtor represented by his undersigned attorney, and very respectfully states and prays:

1. Debtor is amending his Schedule I **to correct family contribution to debtor's expenses**.

2. Therefore, debtor's schedule I is hereby amended and filed.

**WHEREFORE,** debtor very respectfully requests this Honorable Court to allow the amended Schedule I in substitution of the one previously filed.

NOTICE TO CREDITORS AND PARTIES IN INTEREST

Notice is hereby given to all creditors and parties in interest that debtor has filed a motion amending Schedule I.

Any party that has been served this document or any other party who objects to the relief or remedy pursued herein, shall file and serve an opposition or a suitable response to this document in the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. (9006)(f) if you were served by mail. If no objection or other document is filed within the time allowed herein, the objection will be deemed

unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this June 28, 2017.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such to the U.S. Trustee and the parties therein registered to receive notice.

/s/ **BEATRIZ HERNÁNDEZ TORO**
USC #: 228809
Attorney for Debtors
**BEATRIZ HERNÁNDEZ TORO LAW**
PO Box 192841
San Juan, PR 00919-2841
Tel. (787) 368-4610
Email: beatriz.hernandezpr@gmail.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | RAUL OSCAR MARCO LABOY |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (If known) | 17-03174-BKT |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status* | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | See Schedule Attached | |
| Employer's name | | |
| Employer's address | | |
| | | |
| How long employed there? | | |

*See Attachment for Additional Employment Information

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,357.98 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 1,357.98 | $ N/A |

Debtor 1  MARCO LABOY, RAUL OSCAR                Case number (if known) 17-03174-BKT

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 1,357.98 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 67.56 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 67.56 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,290.42 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: REGULAR FAMILY CONTRIBUTIONS TO DEBTOR'S EXPENSES | 8h.+ | $ 1,217.66 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,217.66 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,508.08 + $ N/A = | $ 2,508.08 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____                                                   11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ 2,508.08
                                                                                                          Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain:

Official Form 106I                                Schedule I: Your Income                                                  page 2

Debtor 1 MARCO LABOY, RAUL OSCAR  Case number *(if known)* 17-03174-BKT

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | PERSONAL TRAINER & COACH | |
| Name of Employer | HCOA FITNESS CAGUAS | |
| How long employed | 2 months | |
| Address of Employer | CARR. 1 KM 33.3 AVE ANGORA CAGUAS, PR 00725 | |

| Debtor | | |
|---|---|---|
| Occupation | PERSONAL TRAINER | |
| Name of Employer | LIV FITNESS CLUB | |
| How long employed | 4 months | |
| Address of Employer | CLL PARKSIDE 2 GUAYNABO, PR 00969 | |

| Debtor | | |
|---|---|---|
| Occupation | MOTIVATIONAL SPEAKER/ADVOCATE | |
| Name of Employer | TEVA - SHARED SOLUTIONS ADVOCATE | |
| How long employed | 2 years | |
| Address of Employer | KANSAS CITY, KS | |

Official Form 106I    Schedule I: Your Income    page 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | RAUL | OSCAR | MARCO LABOY |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 17-03174-BKT | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ RAUL OSCAR MARCO LABOY
RAUL OSCAR MARCO LABOY
Signature of Debtor 1

X _____
Signature of Debtor 2

Date June 28, 2017

Date _____