# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **RAUL OSCAR MARCO LABOY**<br><br>Debtor(s) | CASE NO: **17-03174-BKT**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **05/03/2017**

Days From Petition Date: **56**

910 Days Before Petition: **11/05/2014**

Chapter 13 Plan Date: **06/26/2017** ☑ Amended

This is Debtor(s) **1** Bankruptcy petition.

Payment(s) ☑ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: **06/07/2017** at **1:00PM**

341 Meeting Date: **06/28/2017** at **3:00PM**

Confirmation Hearing Date: **07/21/2017** at **2:30PM**

Plan Base: **$17,264.00**   Plan Docket #**13**

This is the **1** scheduled meeting.

Total Paid In: **$272.00**

---

*APPEREANCES:   ☐ Telephone      ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent      ☐ ID & Soc. OK

☑ Examined   ☐ Not Examined under Oath        ☐ Examined      ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present        ☐ None

ROMERO-FIRST BANK*

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **BEATRIZ HERNANDEZ TORO***

Total Agreed: **$2,500.00**     Paid Pre-Petition: **$300.00**    Outstanding (Through the Plan): **$2,200.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☑ Under ☐ Above Median Income        Liquidation Value: $ 21,648.00 TBD SHOULD BE

Commitment Period is    ☑ 36 months   ☐ 60 months §1325(b)(1)(B)      Projected Disp. Inc.: $ 0.00

The Trustee:    ☐ NOT OBJECTS    ☑ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 1%. to be detrermined %

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☑ HELD OPEN FOR 21 DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

- Debtor have failed to submit evidence of income made during the 6 month period prior to the filing of the case (November to April) from employments with UBER, HCOA Fitness and TEVA shares solutions advocate.

- Debtor has failed to submit evidence of family help (Schedule I $1,217.66).
The Trustee cannot verify adequately Means Test data without evidence of income. Debtor's commitment period cannot be determined at this time. Trustee to verify income (Schedule I and MT) once this evidence is submitted. Debtor's commitment period cannot be determined at this time.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with Creditors Best Interest Test. [1325(a)(4)]

The minimum base needed cannot be determined at this time since Debtor will amend Schedule A to include that he has a 50% participation over the property. The case's liquidation value will vary.

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

Debtor has failed to submit evidence of the compliance with the filing of 1040 for 2016.

*OTHER COMMENTS / OBJECTIONS

Debtor will upload local tax return 2015 seen at the 341 Meeting.

---

/s/ Jose R. Carrion, Esq.          Meeting Date: Jun 28, 2017
    Trustee

/s/ Nannette Godreau, Esq., Presiding Officer

Last Docket Verified: 13    Last Claim Verified: 5