**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**IN THE MATTER:**

RAUL O MARCO LABOY
Debtor(s)

FIRSTBANK PUERTO RICO

Movant

**CASE NO.**: 17-03174 (**BKT**)

**CHAPTER 13**

(X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326

**MOTION TO DISMISS**

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2. Debtor filed a bankruptcy case under chapter 13 back on MAY 3, 2017. See, Bkcy Dck no 1

3. MOVANT, standing to address this court is ascertained as filed a secure lien proof of claim, on a personal security loan, with an outstanding debt of $9,359.25, under account no 0919. See, Clm. Reg. 3

4. As of to July 6, 2016, and prior to the Confirmation Hearing, debtor(s) already have the following installments owed to the chapter 13: $288.00, for ONE (1) months in arrears. This evidences none compliance with the requirements under 11 USC §1325 (a) (6) on feasibility test, which is a confirmation requirement under 11 USC §1325 (a) (1) on compliance with all her duties under the Code, 11 USC §1326 (a) (1) (A) on compliance with payments amounts proposed under the plan not later than 30 days after the date of filing. See, Exhibit A

5. Under the terms of the proposed plan dated June 26, 2017 debtor(s) should have started to make continues direct payments since June 3, 2017, and as evidenced herein; the debtor(s) have failed to do so. See, Bkcy Dck no 1 and 17

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Exhibit B

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on ***Unreasonable delay by debtor that is prejudicial to Creditors,*** (5) ***denial of confirmation of a plan under 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan,*** 11 USC §1326 (a) (1) ***Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed,***

***payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier***, and ~~(6) on~~ ~~***Material default by the debtor with respect to a term of a confirmed plan,***~~ and ~~Title 11 USC §1324 (b)~~ ~~***on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)***~~. See also, on Dismissal for cause: In re Howard, 284 F3d 320 (1st Cir. 2002) and In re Roberts, 279 F3d 91 (1st Cir. 2002)

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

**NOTICE**

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on July 14, 2017

**CERTIFICATE OF SERVICE**

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) BEATRIZ HERNANDEZ TORO, and to debtor(s) RAUL O MARCO LABOY, by regular mail at the address on record, 350 ROAD 844, APT 5503, COND ALTURAS DEL BOSQUE, SAN JUAN, PUERTO RICO 00926.

BY: /s/ María M. Benabe Rivera

María M. Benabe Rivera
Attorney for Movant - US - DC 208906
Maricarmen Colón Díaz – US – DC 211410
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 / [Rev.07/06/2016]

## PAYMENT SCHEDULES - CASE 17-03174

Printer Friendly

Which Debtor: **RAUL OSCAR MARCO LABOY**

Schedule Number: **1**

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 6/2/2017 | 1.00 | $272.00 | MONTHLY | RAUL OSCAR MARCO LABOY | 6/27/2017 | |
| 7/2/2017 | 59.00 | $288.00 | MONTHLY | RAUL OSCAR MARCO LABOY | 6/27/2017 | |
| 6/2/2022 | end of plan | $0.00 | MONTHLY | RAUL OSCAR MARCO LABOY | 6/27/2017 | |

**Click to View Debtor schedules.**

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|---|---|---|---|---|
| 1 | 6/2017 | $272.00 | $272.00 | $0.00 |
| 2 | 7/2017 | $288.00 | | $288.00 |

**Total Delinquent Amount: $288.00**




Exhibit A

SCRA 3.0



# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN:

Birth Date: Dec-XX-1976

Last Name: MARCO - LABOY

First Name: RAUL

Middle Name:

Active Duty Status As Of: Jul-08-2017

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

Michael V. Sorrento

Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Exhibit B

Label Matrix for local noticing
0104-3
Case 17-03174-BKT13
District of Puerto Rico
Old San Juan
Thu Jul 6 09:03:36 AST 2017

BPPR AS SERVICING AGENT FOR ORIENTAL BANK
PO BOX 11750
FERNADEZ JUNCOS STATION
SAN JUAN, PR 00910-2850

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Chase Card
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Citi
PO Box 6190
Sioux Falls, SD 57117-6190

Comenitycap/gordons
PO Box 182120
Columbus, OH 43218-2120

Comenitycb/gordon
Comenity Bank
PO Box 182125
Columbus, OH 43218-2125

Costco Go Anywhere Citicard
Centralized Bk/Citicorp Credit Card Srvs
PO Box 790040
Saint Louis, MO 63179-0040

DEPARTAMENTO DE HACIENDA
235 AVE. ARTERIAL HOSTOS STE 1504
BANKRUPTCY SECTION
SAN JUAN, PR 00918-1451

Dept of Ed/582/Nelnet
Attn: Claims/Bankruptcy
PO Box 82505
Lincoln, NE 68501-2505

Dept of Education/Neln
3015 S Parker Rd
Aurora, CO 80014-2904

Dsnb Macys
PO Box 8218
Mason, OH 45040-8218

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146
SAN JUAN PR 00908-0146

FIRSTBANK OF PUERTO RICO
PO Box 192938
San Juan, PR 00919-3409

First Bank Puerto Rico
1130 Ave Munoz Rivera
San Juan, PR 00927-5009

First Bank Puerto Rico
Attn: Bankruptcy
PO Box 9146
San Juan, PR 00908-0146

Oriental Bank
254 Ave Munoz Rivera # 15
San Juan, PR 00918-1900

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

RAUL VICENTE MARCO BORRULL
2000 Carr. 8177 PMB 484 Suite 26
Guaynabo, PR 00966-3762

Syncb/Care Credit
C/o
PO Box 965036
Orlando, FL 32896-5036

Syncb/amazon
PO Box 965015
Orlando, FL 32896-5015

Synchrony Bank/ Hh Gregg
Attn: Bankruptcy
PO Box 956060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 956060
Orlando, FL 32896-5060

U.S. Department of Education C/O Nelnet
121 S 13 St
Suite 201
Lincoln, NE 68508-1911

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040-8053

BEATRIZ HERNANDEZ TORO
PO BOX 192841
SAN JUAN, PR 00919-2841

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

RAUL OSCAR MARCO LABOY
350 CARR 844 APT 5503
COND ALTURAS DEL BOSQUE
SAN JUAN, PR 00926-7854